CULLINAN, Respondent, v. SISTO et al., Appellants. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Patrick W. Cullinan against Angela Sisto and others. C. C. Nadal, for appellants. H. H. Kellogg, for respondent. No opinion. Judgment and order affirmed, with costs, on the authority of Cullinan v. Fidelity & Casualty Co., 84 App. Div. 296, 82 N. Y. Supp. 827.

DAVID MAYER BREWING CO., Respondent, v. KREJCI, Appellant. (Supreme Court, Appellate Term. November 18, 1903.) Action by the David Mayer Brewing Company against Joseph Krejci. From a judgment for plaintiff, defendant appeals. Affirmed. E. Herrman, for appellant. W. L. Allen, for respondent.

PER CURIAM. In view of the testimony in the case, we do not think the exception gives ground for reversible error. Judgment must be affirmed, with costs.

DAVIE v. HEAL et al. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by James W. B. Davie against Peter P. Heal and others. No opinion. Motion denied.

DAVIS, Respondent, v. SUPREME COUNCIL, AMERICAN LEGION OF HONOR, Appellant. WARREN v. SAME. SELIG v. SAME. McGARRY v. SAME. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Actions by Mary A. Davis and by the other parties above named against the Supreme Council of the American Legion of Honor. No opinion. Motions withdrawn.

DE BONES et al., Appellants, v. RIGUERON et al., Respondents. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by Tony De Bones and others against George H. Rigueron and others. J. J. Quencer, for appellants. J. C. Thomson, for respondents. No opinion. Judgment affirmed, with costs.

DECKER, Respondent, v. KELLS, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by Mary L. Decker against Hiram Kells. No opinion. Order affirmed, with $10 costs and disbursements.

DE COPPET et al., Respondents, v. NEW YORK CENT. & H. R. R. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by Edward J. De Coppet and Robert P. Doremus, as executors, etc., of Ernest F. Walton, deceased, against the New York Central & Hudson River Railroad Company and another. No opinion. Judgment and order unanimously affirmed, with costs; GOODRICH, P. J., being of opinion, however, that the verdict is excessive.

DENNEEN, Appellant, v. LEHIGH VALLEY R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. December 1, 1903.) Action by Eleanor Bailey Denneen against the Lehigh Valley Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

DENNIS–WICKER, Respondent, v. VILLAGE OF ELMIRA HEIGHTS, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by Florence O. Dennis-Wicker against the village of Elmira Heights.

PER CURIAM. Judgment and order affirmed, with costs.

HOUGHTON, J., not voting.

DEWEY, Respondent, v. NIAGARA GORGE RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by Sarah E. Dewey against the Niagara Gorge Railway Company. No opinion. Judgment and order affirmed, with costs.

DEWEY, Respondent, v. NIAGARA GORGE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 1, 1903.) Action by Sarah E. Dewey against the Niagara Gorge Railroad Company. No opinion. Motion for reargument denied, with $10 costs and disbursements. Motion for leave to appeal to the Court of Appeals denied.

DIAMOND SODA WATER MFG. CO., Respondent, v. J. N. HEGEMAN & CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by the Diamond Soda Water Manufacturing Company against J. N. Hegeman & Co. J. E. Judge, for appellant. E. Jacobus, for respondent. No opinion. Judgment and order affirmed, with costs, on the authority of Diamond Soda Water Mfg. Co. v. Hegeman, 74 App. Div. 430, 77 N. Y. Supp. 417.

DILLON, Respondent, v. NATIONAL COAL TAR CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by Thomas F. Dillon against the National Coal Tar Company.

PER CURIAM. Judgment and order affirmed, with costs.

WOODWARD, J., dissents.

DONOVAN v. CANTOR. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Bartholomew Donovan against Jacob A. Cantor. No opinion. Motion to dismiss appeal denied.

DORSEY, Respondent, v. NICKERSON, Appellant. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by Jeremiah J. Dorsey against Jesse Nickerson, as police constable of the village of Peekskill. No opinion. Order affirmed, with $10 costs and disbursements.